IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:02-CR-31-1H

JOHN SINCLAIR,

    Petitioner,

v.

UNITED STATES OF AMERICA,,

    Respondent.

**ORDER**

This matter is before the court on petitioner's motion for reconsideration of this court's order, filed June 29, 2010, denying his motion for specific performance of plea agreement. The court has reviewed this matter and finds no reason to change its prior ruling. Therefore, the motion for reconsideration [DE #51] is DENIED.

This 1st day of November 2010.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26