UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:02-CR-31-H
No. 7:16-CV-220-H

| | |
|---|---|
| JOHN O. SINCLAIR, | ) |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

For good cause having been shown upon the Motion of the respondent, it is hereby ORDERED that respondent be allowed to file a response out of time and that respondent's Motion to Stay is deemed timely filed.

SO ORDERED this 24th day of August, 2016.

MALCOLM J. HOWARD
Senior United States District Judge